M1

FILED BY ____ D.C.
05 AUG 15 PM 2:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY ____CaS____ D.C.
2005 AUG 10 PM 2:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

JOEL ALVA,

    Defendant.

Cr. No. 02-20079-M1

**MOTION GRANTED**
Reset to Friday
Sept. 2, 2005 at
9:15 a.m.

Jon P. McCall
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Aug. 15, 2005
DATE

## MOTION TO CONTINUE RE-SENTENCING HEARING

COMES NOW the United States of America, by and through Terrell L. Harris, United States Attorney, and Lorraine Craig, Assistant United States Attorney for the Western District of Tennessee, and moves this Honorable Court to continue this case currently set for Re-Sentencing on August 31, 2005. Counsel is scheduled to attend CLE training on this date.

Defendant's counsel Bruce Griffey has no objection to this continuance.

    Respectfully submitted,

    TERRELL L. HARRIS
    United States Attorney

By: _____
    LORRAINE CRAIG
    Assistant United States Attorney
    167 N. Main, Room 800
    Memphis, Tennessee 38103

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-15-05



## CERTIFICATE OF SERVICE

I, Lorraine Craig, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion of the United States has been mailed, first class postage pre-paid, to Bruce I. Griffey, Attorney at Law, 119 S. Main Street, Suite 300, Memphis, Tennessee 38103.

This __10__ day of August, 2005.

_____
LORRAINE CRAIG
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 157 in case 2:02-CR-20079 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT